THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CAMPBELL, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered September 1, 1960, convicting him, after a jury trial, of robbery in the first degree, petit larceny and assault in the second degree, and sentencing him to serve a term of 10 to 12 years on the robbery count, and suspending sentence on the larceny and assault counts. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CHAMPTAL, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated May 4, 1960, denying, without a hearing, his coram nobis application to vacate a judgment of said court rendered June 15, 1959, convicting him, on his plea of guilty, of attempted grand larceny in the second degree, and sentencing him to serve an indeterminate term of imprisonment, not to exceed three years, in the New York City Penitentiary (Correction Law, § 203). Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DE CLARA, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, rendered May 3, 1960, after a jury trial, convicting him, on the third count (of a four-count indictment) of criminally buying and receiving stolen property, as a felony (Penal Law, § 1308), and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.